Jose Z. Marin (SBN 291457)
Alyona Moliboga (SBN 300139)
Jose Marin Law
2537 Irving St
San Francisco, CA 94122
Phone: (415) 753-3539
Email: Jose@JoseMarinLaw.com

Attorneys for Plaintiff
Yaroslav Zayats

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO, DIVISION

| | |
|---|---|
| Yaroslav Zayats<br><br>Plaintiff,<br><br>v.<br><br>Tracy Renaud , in her official capacity, Acting District Director, United States Citizenship and Immigration Services, and Alejandro Mayorkas, in his official capacity, Secretary, U.S. Department of Homeland Security,<br><br>Respondents. | Case No.  21-58665<br><br>**COMPLAINT FOR DECLARATORY RELIEF AND APPLICATION FOR** *WRIT OF MANDAMUS*<br><br>**Immigration Case**<br>**Administrative Procedure Act Case**<br><br>**IMMIGRATION** *MANDAMUS* **CASE** |

Complaint For Declaratory Relief and Application for *Writ* of *Mandamus*
Case No.: 21-58665

## JURISDICTION

1. This Court has been conferred with original jurisdiction in any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff. 28 U.S.C. § 1361.

2. This Court has also been conferred with jurisdiction to create a remedy in the instant matter. "[A]ny court of the United States may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought." 8 U.S.C. § 2201. This Court has also jurisdiction to grant further necessary and proper relief based on a declaratory judgment. 8 U.S.C. § 2202.

3. District courts have original jurisdiction of all civil action arising under laws of the United States 8 U.S.C. § 1331.

4. Finally, this Court also has judicial review. "A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review." 5 U.S.C. § 702.

## INTRADISTRICT ASSIGNMENT

5. This civil action arises out of the county of San Francisco in which a substantial part of the events or omissions which gave rise to the claim occurred.

## PLAINTIFF'S CLAIMS AND BASIS FOR RELIEF

6. Plaintiff Yaroslav Zayat (hereinafter "Yaroslav" or "Plaintiff") is a citizen of the United States Citizen.

7. On July 18, 2019, Yaroslav filed a petition for alien relative with the Defendant United States Citizenship and Immigration Services (hereinafter "USCIS"), whose Acting District Director is Tracy Renaud, for his spouse Ruzanna Ghandilyan to receive an immigrant visa.

Complaint For Declaratory Relief and Application for *Writ* of *Mandamus*
Case No.: 21-58665

8. As of July 28, 2021, the USCIS has not made a decision on the petition for alien relative or provided a legal basis for refusing to act.

9. All previous pleadings are hereby incorporated and by reference.

10. The Secretary of Homeland Security powers and duties include the administration and enforcement of the Immigration and Naturalization Act (hereinafter "INA") and all other laws relating to the immigration of noncitizens. 8 U.S.C. § 1102.

11. The Secretary of Homeland Security has the powers and duties to, *inter alia,* performs such acts as he deems necessary for carrying out her authority under the provisions of the INA. 8 U.S.C. § 1103(a)(3).

12. Any citizen of the United States claiming that a noncitizen is entitled to classification by reason of a relationship as an "immediate relative" under section 201(b)(2)(A)(i) may file a petition with the Attorney General for such classification.

13. Defendant Secretary of Homeland Security has breached her duty to plaintiff in carrying out her authority under the INA to adjudicate such classification.

14. By failing to classify Plaintiff's spouse as an immediate relative, Defendant Secretary of Homeland Security has breached her duties in the administration and enforcement of the INA and other laws related the immigration of noncitizens.

15. All previous pleadings are hereby incorporated and by reference.

16. The Administrative Procedures Act (hereinafter "APA) requires this Court to compel an agency whose action is unlawfully withheld or unreasonably delayed. 5 U.S.C. § 706(1).

17. The Secretary of Homeland Security and agencies thereof have a duty to adjudicate Plaintiff's petition filed for the classification of his spouse an immediate relative for immigration status.

Complaint For Declaratory Relief and Application for *Writ* of *Mandamus*
Case No.: 21-58665

18. Delaying or withholding a decision of a petition for alien relative for over two years is unlawful and unreasonable.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:

Compel Defendant's to adjudicate Plaintiff's petition for alien relative without further delay; and

Grant such further relief as the Court deems just and proper.

Dated: July 28, 2021

Respectfully submitted,

/s/ Jose Z. Marin
Jose Z. Marin
Attorney for Plaintiff
Jose Marin Law
2537 Irving Street
San Francisco, CA 94122
Jose@JoseMarinLaw.com
(415) 753-3539